**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

State of Texas

v.                                              Case Number: 3:25−cv−00378

Galveston Independant School District, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

The Initial Scheduling Conference set in this case will be conducted by Zoom. The video Conference will begin promptly; please be logged on a few minutes ahead of time (on mute) ready to begin. Parties should be prepared to discuss all pending issues before the Court including the Consent To Proceed Before a Magistrate Judge and Docket Control Order (DCO). Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

**BEFORE:
Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646 828 7666
Meeting ID: 160 199 5344
Meeting Password: 152902

United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 1/14/2026

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:    January 13, 2026                                                                      Nathan Ochsner, Clerk